

Tuesday, September 9, 2014

No. 14–0415/AR.  U.S. v. William E. Newton, Jr.  CCA 20110499.  On consideration of the motion for leave to file a supplemental joint appendix, it is ordered that said motion is hereby granted.

No. 15–0010/AF.  U.S. v. Justin G. Stipes.  CCA 38421.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 25, 2014.

No. 15–0014/AF.  U.S. v. David K. Cooper.  CCA 38293.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 25, 2014.